BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON RESENDEZ,<br><br>Defendant. | CR. NO. S-08-0376 EJG<br><br>STIPULATION AND ORDER TO CHANGE JUDGMENT AND SENTENCE TO STATUS CONFERENCE |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Resendez is scheduled for sentencing on November 18, 2011. However, he may be called as a witness at the trial of several co-conspirators in this case. As such, the government will not be able to fully determine its sentencing recommendation until after the trial, which is set to begin March 19, 2012.

Per agreement with the government and defense counsel, it is respectfully requested that the sentencing hearing, currently set for November 18, 2011, at 10:00 a.m., be vacated and that the case be re-set for status on sentencing for March 30, 2012, which is currently the date set for the status on sentencing of another cooperator, co-defendant Christopher Chiavola.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

BENJAMIN B. WAGNER
United States Attorney

Date: 11/15/11  /s/ Russell L. Carlberg
By: RUSSELL L. CARLBERG
Assistant United States Attorney


Date: 11/15/11  /s/ Pete Kmeto*
PETE KMETO
Attorney for Defendant Brandon Resendez

[PROPOSED] ORDER

For the reasons stated above, the Court **vacates** the sentencing hearing currently set for November 18, 2011. The Court **re-sets** the matter for a status conference on sentencing for March 30, 2012, at 10 a.m..

IT IS SO ORDERED this 16th day of November, 2011..

 /s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

*Signed with permission.