UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM *& Order*

c/EJG

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                            **RE:**   Niche FORTUNE
                                    Docket Number: 2:08CR00376-08
                                    <u>**CONTINUANCE OF JUDGMENT**</u>
                                    <u>**AND SENTENCING**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from February 10, 2012, to March 9, 2012, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to workload demands, the probation officer needs more time to complete the presentence report.

                                            Respectfully submitted,

                                            **HUGO ORTIZ**
                                      **Supervising United States Probation Officer**

Dated:    January 17, 2012
              Sacramento, California

**FILED**
JAN 18 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attachment

1

**RE:  Niche Fortune**
    **Docket Number:  2:08CR00376-08**
    **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:  Clerk, United States District Court
    Russell L. Carlberg, Assistant United States Attorney
    Michael D. Long, Attorney at Law
    Probation Office Calendar Clerk

✓ **Approved**

_____   1/18/12
**EDWARD J. GARCIA**
**Senior United States District Judge**           **Date**

___ **Disapproved**

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:08CR00376-08 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Niche Fortune** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 03/09/2012, 10:00 a.m |
| Reply, or Statement of Non-Opposition: | 03/02/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 02/24/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 02/17/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 02/10/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 01/27/2012 |