| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | RUSSELL L. CARLBERG |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California  95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  S-08-0376 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND  ORDER TO |
| v. | ) | CHANGE JUDGMENT AND SENTENCE |
| | ) | TO STATUS CONFERENCE |
| SHANE BURRESON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Burreson is scheduled for a status conference on sentencing on January 20, 2012.  However, he may be called as a witness at the trial of several co-conspirators in this case.   As such, the government will not be able to fully determine its sentencing recommendation until after the trial, which is set to begin March 19, 2012.

Per agreement with the government and defense counsel, it is respectfully requested that the status conference, currently set for January 20, 2012, at 10:00 a.m., be vacated and that the case be re-set for status on sentencing for March 30, 2012, which is currently the date set for the status on sentencing of several other cooperators.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

1

| | |
|---|---|
| | BENJAMIN B. WAGNER<br>United States Attorney |
| Date: 1/19/12 | /s/ Russell L. Carlberg<br>By: RUSSELL L. CARLBERG<br>Assistant United States Attorney |
| Date: 1/19/12 | /s/ Matt Jacobs*<br>MATTHEW J. JACOBS<br>Attorney for Defendant Shane Burreson |

### ORDER

For the reasons stated above, the Court **vacates** the status conference on sentencing currently set for January 20, 2012. The Court **re-sets** the matter for a status conference on sentencing for March 30, 2012, at 10 a.m..

IT IS SO ORDERED this 19th day of January, 2012.

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

*Signed with permission.