1   BENJAMIN B. WAGNER
    United States Attorney
2   RUSSELL L. CARLBERG
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2700

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   CR. NO.  S-08-0376 EJG
                                       )
12          Plaintiff,                 )
                                       )
13  v.                                 )   STIPULATION AND ORDER TO
                                       )   CONTINUE SENTENCING
14  NICHE FORTUNE,                     )
                                       )
15          Defendant.                 )
                                       )
16  _____)

17

18          THE PARTIES HEREBY STIPULATE AS FOLLOWS:

19          Mr. Fortune is now scheduled for sentencing on March 16, 2012.  Per agreement with the

20  government and defense counsel, it is respectfully requested that the sentencing hearing be **re-set for**

21  **March 30, 2012 at 10:00 a.m..**  The reason for the continuance is that the government discovered

22  recorded conversations between Mr. Fortune and co-defendant Kesha Haynie and both parties require

23  additional time to analyze them and brief the Court.

24

25                                         BENJAMIN B. WAGNER
                                           United States Attorney
26

27  Date: 3/15/12                          */s/ Russell L. Carlberg*
                                           By: RUSSELL L. CARLBERG
28                                         Assistant United States Attorney

                                     1

1

2

3  Date: 3/15/12                          _/s/ Michael Long*_
                                          MICHAEL LONG
                                          Attorney for Defendant Niche Fortune
4

5                                 [PROPOSED] ORDER

6      For the reasons stated above, the Court **vacates** the sentencing hearing currently set for March

7  16, 2012.  The Court **re-sets** the matter for March 30, 2012, at 10 a.m.

8
       IT IS SO ORDERED.   March 15, 2012
9

10                                        /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
11                                        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23  *Signed with permission.

24

25

26

27

28