1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   CASE NO. S-08-376 EJG
                                   )
12                  Plaintiff,     )
                                   )   ORDER
13  v.                             )
                                   )
14                                 )
    KESHA HAYNIE,                  )
15                  Defendant(s).  )
                                   )
16  _____    )

17

18  IT IS HEREBY ORDERED THAT:

19      Good cause having been shown, the government may make the

20  disclosures and produce the discovery to the defense as requested in

21  its application of March 21, 2012.

22      IT IS SO ORDERED.
                                   /s/ Edward J. Garcia
23
    Date: March 22, 2012          _____
24                                 Hon. EDWARD J. GARCIA
                                   United States District Judge
25

26

27

28

                                   1