BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   CASE NO. S-08-376 EJG
                                   )
                Plaintiff,         )
                                   )   ORDER
v.                                 )
                                   )
                                   )
KESHA HAYNIE,                      )
                Defendant(s).      )
                                   )
_____)

IT IS HEREBY ORDERED THAT:

    Good cause having been shown, the government may make the

disclosures and produce the discovery to the defense as requested in

its application of March 26, 2012.

    IT IS SO ORDERED.

Date: March 26, 2012
                              /s/ Edward J. Garcia
                              _____
                              Hon. EDWARD J. GARCIA
                              United States District Judge

1