```
 1  PETER KMETO
    Attorney at Law
 2  State Bar No. 78827
    1007 Seventh Street, Suite 100
 3  Sacramento, CA 95814
    (916) 444-7420; FAX: (916) 441-6714
 4
    Attorney for: BRANDON RESENDEZ
 5
```

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )   No. CR. S-08-376 EJG
                                      )
10               Plaintiff,           )
                                      )   STIPULATION AND ORDER
11        vs.                         )   CONTINUING JUDGEMENT
                                      )   AND SENTENCING
12  BRANDON RESENDEZ                  )
                                      )
13               Defendant.           )
    _____    )

14

15        Defendant: BRANDON RESENDEZ, through his attorney, PETER KMETO,

16  and the United States of America, through its counsel of record, RUSSELL

17  CARLBERG, stipulate and agree to the following:

18        1. The presently scheduled date of March 30, 2012 for JUDGEMENT AND

19        SENTENCING shall be vacated as to defendant, BRANDON RESENDEZ,

20        only, and said Hearing be rescheduled for July 27, 2012 at 10:00 a.m..

21        2. The presently scheduled date of March 30, 2012 was chosen as a "control

22        date" and a Presentence Report must still be prepared. The parties,

23        including the US Probation Officer, Mr. Hugo Ortiz, have agreed to a

24        mutually convenient JUDGEMENT AND SENTENCING date of July 27,

25        2012.

26
    /// ///
27

28                                    - 1 -

IT IS SO STIPULATED.

Dated:  March 27, 2012          /s/ RUSSELL CARLBERG
                                Assistant U.S. Attorney
                                for the Government


Dated:  March 27, 2012          /s/  PETER KMETO
                                Attorney for Defendant
                                BRANDON RESENDEZ


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, it is ordered that the hearing for JUDGMENT AND SENTENCING as to Defendant, BRANDON RESENDEZ, only, be continued to July 27, 2012 as set forth above.


DATED: March 28, 2012           /s/ Edward J. Garcia
                                EDWARD J. GARCIA, Senior
                                United States District Judge