```
 1  Clyde M. Blackmon (SBN 36280)
    Rothschild Wishek & Sands LLP
 2  901 F Street, Suite 200
    Sacramento, CA 95814
 3  Telephone: (916) 444-9845

 4  Attorneys for Defendant,
    CHRISTOPHER M. CHIAVOLA
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: S – 08 – 0376 EJG |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONCERNING STATUS CONFERENCE |
| vs. | |
| CHRISTOPHER M. CHIAVOLA | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Russell L. Carlberg, and Christopher M. Chiavola, through his counsel Clyde M. Blackmon, stipulate that the status conference regarding judgment and sentencing of Mr. Chiavola currently scheduled for 10:00 a.m. on March 30, 2012, May be continued to April 6, 2012, at 10:00 a.m.

Pursuant to his plea agreement Mr. Chiavola has testified as a government witness in the trial of an alleged co-conspirator in this case. That trial is still in progress and, therefore, the government has not been able to fully determine its sentencing recommendation as to Mr. Chiavola. For that reason the parties have agreed that the status conference scheduled for March 30, 2012, may be continued to April 6, 2012.

- 1 -

STIPULATION AND [PROPOSED] ORDER
CONCERNING STATUS CONFERENCE

The United States Probation Office has been notified and has agreed to the continuance of the status conference.

IT IS SO STIPULATED.

DATED: March 28, 2012 By: _//s// Russell L. Carlberg
Russell L. Carlberg
Assistant U.S. Attorney

DATED: March 28, 2012 By: _//s// Clyde M. Blackmon
Clyde M. Blackmon
Attorney for Defendant
Christopher M. Chiavola

**ORDER**

GOOD CAUSE APPEARING from the stipulation of the parties, the status conference regarding the imposition of judgment and sentence for Christopher M. Chiavola is hereby continued from March 30, 2012, to April 6, 2012, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: March 29, 2012

/s/ Edward J. Garcia
_____
Hon. Edward J. Garcia
United States District Court Judge