BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KESHA HAYNIE,<br><br>Defendant(s). | CASE NO. S-08-376 EJG<br><br>ORDER |

IT IS HEREBY ORDERED THAT:

Trial of the matter now having been completed, the Court lifts its discovery order of 28 February 2012 so that the government may freely make disclosures and provide discovery to the defense and the Probation Officer in connection with the sentencing hearing.

IT IS SO ORDERED.

Date: April 2, 2012

/s/ Edward J. Garcia

Hon. EDWARD J. GARCIA
United States District Judge

1