| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | RUSSELL L. CARLBERG |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-08-0376 EJG |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO SET |
| v. | ) | SENTENCING HEARING AND |
| | ) | DISCLOSURE SCHEDULE |
| GARRET G. GILILLAND III, | ) | |
| Defendant. | ) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Gililland is scheduled for a status conference on sentencing on April 27, 2012. The partiers, in consultation with Probation Officer Hugo Ortiz, have stipulated and agree, and propose to the Court, the following:

1. That the status conference on sentencing set for April 27, 2012 be vacated.

2. That Mr. Gililland's matter be set for Judgment and Sentence on July 20, 2012, at 10 a.m.

3. And that the following schedule be ordered:

Reply, or Statement of Non-Opposition Due:    07/13/2012

1

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 07/06/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 06/29/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 06/22/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 06/08/2012 |

BENJAMIN B. WAGNER
United States Attorney

Date: 4/2/12    */s/ Russell L. Carlberg*
                 By: RUSSELL L. CARLBERG
                 Assistant United States Attorney


Date: 4/2/12    */s/ Alan Ellis\**
                 Alan Ellis
                 Attorney for Defendant Garret Gililland

## ORDER

For the reasons stated above, the Court **vacates** Mr. Gililland's status conference on sentencing hearing currently set for April 27, 2012. The Court orders the following schedule as to defendant Gililland in this case:

| | |
|---|---|
| Judgment and Sentencing Date: | 07/20/2012, 10:00 a.m |
| Reply, or Statement of Non-Opposition: | 07/13/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 07/06/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 06/29/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 06/22/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 06/08/2012 |

DATED: April 4, 2012

IT IS SO ORDERED.

/s/ Edward J. Garcia

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

*Signed with permission.