**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M AND ORDER

DATE: April 17, 2012

TO: Colleen Lydon, Courtroom Clerk to
Honorable Edward J. Garcia

FROM: Douglas Beevers, Assistant Federal Defender

SUBJECT: United States v. William Baker, Cr-S-08-0376 EJG
Continuance of Judgment and Sentencing

---

Please continue the **Judgment and Sentencing** in this case from April 27, 2012 to **May 11, 2012 at 10:00a.m.** The continuance is needed to allow the parties the opportunity to respond to the pre-sentence report's conclusions regarding relevant conduct and the defendant's medical history. The defendant has no objection to the pre-sentence report's guidelines calculations.

The new schedule of disclosure is as follows:

|  | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Pre-Sentence Report: | 4/06/2012 | already filed |
| Motion for Correction: | 4/13/2012 | 04/27/2012 |
| Reply/ Non-Opposition: | 4/20/2011 | 05/04/2012 |
| Judgment and Sentencing: | 4/27/2012 @ 10:00am | 05/11/2012 @ 10:00am |

The Government, AUSA Russell Carlberg and the United States Probation Officer, Hugo Ortiz, have no objections to this continuance.

SO ORDERED.

Dated: April 17, 2012                    /s/ Edward J. Garcia

                                         _____
                                         EDWARD J. GARCIA
                                         United States District Court