**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**LEONARD WILLIAMS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br><br>LEONARD WILLIAMS, et. al.<br><br>              Defendants. | Case No. CR S 08—376 EJG<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:  May 4, 2012<br>Time:  10:00 a.m.<br>Judge: Honorable Edward J. Garcia |

     The United States of America, by and through Assistant U.S. Attorney Russell L. Carlberg, Defendant Leonard Williams, by and through counsel Joseph J. Wiseman, and Defendant Joshua Clymer, by and through counsel Chris Cosca, hereby stipulate that the Status Conference set for **Friday, May 4, 2012 at 10:00 a.m**., be continued to Friday, **June 22, 2012 at 10:00 a.m.** before United States District Judge Edward J. Garcia, and, as noted below, time be excluded under the Speedy Trial Act.

     The parties are entering into this Stipulation because the defense needs additional time to review and analyze the voluminous discovery generated in the case, the most recent of which was provided to the defense on April 24, 2012. In addition, the defense needs addition time to investigate and fully assess potential defenses to the charges alleged in the Superseding Indictment. Based on the foregoing, the parties

stipulate that it is appropriate to continue the current status conference to **June 22, 2012.**

The parties stipulate the Court should find that time from May 4, 2012 through June 22, 2012 be excluded under the Speedy Trial Act based on complexity and the need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv); Local Code T2 and Local Code T4. The parties further stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO STIPULATED.**

DATED: May 2, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Russell L. Carlberg
    RUSSELL L. CARLBERG
    Assistant U.S. Attorney

DATED: May 2, 2012  WISEMAN LAW GROUP, P.C.

By:   /s/  Joseph J. Wiseman
    JOSEPH J. WISEMAN
    Attorney for Defendant
    LEONARD WILLIAMS

DATED: May 2, 2012  BY: /s/    Chris Cosca
    CHRIS COSCA
    Attorney for Defendant
    JOSHUA CLYMER

## ORDER

GOOD CAUSE APPEARING, and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Friday, May 4, 2012 at 10:00 a.m., is hereby continued to Friday, **June 22, 2012 at 10:00 a.m.**, before the Honorable Edward J. Garcia. Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for complexity and need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), Local Code T2 and Local Code T4, through the Status Conference date of June 22, 2012. The Court also finds that the interests of justice served by granting this continuance outweigh the best interests of the public and each defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: May 3, 2012

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA
United States District Judge