```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2748
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )   CR NO. S-08-376 EJG
                                )
11         Plaintiff,           )   STIPULATION AND
                                )   ORDER TO VACATE RESTITUTION
12      v.                      )   HEARING AND ENTER ORDER OF
                                )   RESTITUTION
13  NICHE FORTUNE,              )
                                )
14         Defendant.           )
    _____ )
15
16                          **STIPULATION**
17      IT IS HEREBY stipulated between the United States of America
18  through its undersigned counsel, Russell L. Carlberg, and Michael
19  Long, Esq., counsel for defendant Niche Fortune, that the
20  restitution hearing scheduled for May 18, 2012, **may be vacated**,
21  and that an order of restitution **be entered**, to wit:
22      1.  Restitution in the amount of $47,575 jointly and
23          severally with co-defendant Kesha Haynie and
24      Christopher Chiavola, payable as follows to:
25              CitiMortgage, Inc.,
                Attn: Payoffs, 4740 121st Street
26              Urbandale, IA 50323
                Re: Loan # 0730054897, payee code 90N36
27
        2.  Restitution in the amount of $60,880, jointly and
28

                                 1
```

|   |   |   |
|---|---|---|
| 1 | | severally with co-defendant Kesha Haynie, Christopher |
| 2 | | Chiavola, payable as follows to: |
| 3 | |     JP Morgan Chase & Co. |
|   | |     Fraud Recovery Investigations |
| 4 | |     081-0612 |
|   | |     1111 Polaris Parkway |
| 5 | |     Columbus, OH 43240-2050 |
|   | |     Re: Loan #0730055019 |

    THEREFORE, the parties stipulate and agree that Niche Fortune shall pay restitution jointly and severally with Kesha Haynie and Christopher Chiavola, in the amount of $108,455, payment to begin immediately. Restitution is to be sent to the Clerk of the Court, who shall forward it to the victim(s) as described in the Victim Impact Section. Co-defendant Anthony Symmes has been ordered separately to forfeit $4,000,000. To the extent that the above victim is made whole via the payment of forfeited funds, then the above liability of the defendant would be satisfied. If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. The interest is waived.

DATE: May 17, 2012        BENJAMIN B. WAGNER
                              United States Attorney

                       By:  /s/ Russell L. Carlberg
                          Russell L. Carlberg
                          Assistant U.S. Attorney

                            /s/*
                          MICHAEL LONG
                          Attorney for Defendant
                          NICHE FORTUNE

///

///

**ORDER**

IT IS SO ORDERED.

Dated: May 18, 2012

/s/ Edward J. Garcia

_____
HON. EDWARD J. GARCIA
United States District Judge

* Signed with permission

3