1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
2     **1477 Drew Avenue, Suite 106**
      **Davis, California 95618**
3     **Telephone:   530.759.0700**
      **Facsimile:    530.759.0800**
4
**Attorney for Defendant**
5 **LEONARD WILLIAMS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | Case No. CR S 08—376 EJG |
| ) | |
| Plaintiff,     ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS** |
| vs.     ) | **CONFERENCE** |
| ) | |
| ) | Date:  June 22, 2012 |
| ) | Time:  10:00 a.m. |
| LEONARD WILLIAMS, et. al.     ) | Judge: Honorable Edward J. Garcia |
| ) | |
| Defendants.     ) | |

The United States of America, by and through Assistant U.S. Attorney Russell L. Carlberg, Defendant Leonard Williams, by and through counsel Joseph J. Wiseman, and Defendant Joshua Clymer, by and through counsel Chris Cosca, hereby stipulate that the Status Conference set for **Friday, June 22, 2012 at 10:00 a.m.**, be continued to Friday, **July 20, 2012 at 10:00 a.m.** before United States District Judge Edward J. Garcia, and, as noted below, time be excluded under the Speedy Trial Act.

The parties are entering into this Stipulation because the defense needs additional time to review and analyze newly provided electronic discovery, as well as, discovery which has been made available for review at government offices. Based on the foregoing, the parties stipulate that it is appropriate to continue the current status conference to **July 20, 2012.**

---

Stipulation and [Proposed] Order to             1             CR S 08-376 EJG
Continue Status Conference

The parties stipulate the Court should find that time from June 22, 2012 through July 20, 2012 be excluded under the Speedy Trial Act based on complexity and the need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv); Local Code T2 and Local Code T4. The parties further stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO STIPULATED.**

DATED: June 20, 2012        BENJAMIN B. WAGNER
                            United States Attorney

                            By: /s/ Russell L. Carlberg
                                RUSSELL L. CARLBERG
                                Assistant U.S. Attorney

DATED: June 20, 2012        WISEMAN LAW GROUP, P.C.


                            By:    /s/  Joseph J. Wiseman
                                JOSEPH J. WISEMAN
                                Attorney for Defendant
                                LEONARD WILLIAMS

DATED: June 20, 2012        BY: /s/     Chris Cosca
                                CHRIS COSCA
                                Attorney for Defendant
                                JOSHUA CLYMER

**ORDER**

GOOD CAUSE APPEARING, and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Friday, June 20, 2012 at 10:00 a.m., is hereby continued to Friday, **July 20, 2012 at 10:00 a.m.**, before the Honorable Edward J. Garcia. Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for complexity and need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), Local Code T2 and

Local Code T4, through the Status Conference date of June 22, 2012. The Court also finds that the interests of justice served by granting this continuance outweigh the best interests of the public and each defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: June 21, 2012          /s/ Edward J. Garcia  
EDWARD J. GARCIA  
United States District Judge