MATTHEW G. JACOBS (SBN 122066)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Defendant
SHANE BURRESON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE BURRESON,<br><br>Defendant. | CASE NO. 2:08-CR-00376-WBS<br><br>**ORDER** |

Whereas on August 10, 2012, defendant Shane Burreson was sentenced in this case to 23 months in prison and whereas he is currently serving his sentence, and whereas the Clerk of the Court has delivered Mr. Burreson's passport to the U.S. Department of State, Office of Passport Policy & Advisory Services, it is hereby ordered that bond is exonerated and that the U.S. Department of State, Office of Passport Policy & Advisory Services, is authorized to return Mr. Burreson's passport to Mr. Burreson or his attorney.

IT IS SO ORDERED.

Dated: May 8, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE